IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:15-MJ-037 (2) |
| | § | |
| DAMIAN ERIK ALCALA | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  July 21, 2015.

Respectfully submitted,

SPROUSE SHRADER SMITH P.C.
John Massouh, SBN 24026866
John.massouh@sprouselaw.com
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas  79105-5008
Main:  (806) 468-3300
Fax:    (806) 373-3454


/s/ John Massouh

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 21, 2015**, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                     /s/ John Massouh

862426_1.doc